UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                      :
ADRIAN CAMPBELL,                            :
                            Plaintiff,   :
                                                      :            23 Civ. 11300 (LGS)
                 -against-                    :
                                                      :                 <u>ORDER</u>
JEWISH BOARD OF FAMILY AND       :
CHILDREN'S SERVICES, INC.,             :
                              Defendants.   :
                                                      :
------------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the initial pretrial conference in this matter is scheduled for March 13, 2024;

       WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

       **ORDERED** that the March 13, 2024, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

       **ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.

       The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: March 1, 2024
         New York, New York

                                            LORNA G. SCHOFIELD
                                     **UNITED STATES DISTRICT JUDGE**