UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADRIAN CAMPBELL,
                        Plaintiff,

                  23 Civ. 11300 (LGS)

         -against-

                  ORDER

JEWISH BOARD OF FAMILY AND
CHILDREN'S SERVICES, INC.,
                      Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on May 3, 2024, the Court was informed that the parties have reached a settlement agreement in principle.  It is hereby

       **ORDERED** that, by **May 31, 2024**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable.  See *Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199, 206 (2d Cir. 2015*)*, *cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc*., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable).  It is further

       **ORDERED** that all conferences are cancelled and any motions are **DENIED** as moot.

Dated: May 13, 2024
       New York, New York

                                          LORNA G. SCHOFIELD
                                        **UNITED STATES DISTRICT JUDGE**